[No. 73785-6-I.   Division One.   October 31, 2016.]

*In the Matter of the Personal Restraint of* PARAMJIT SINGH BASRA, *Petitioner.*

Petition for relief from personal restraint. *Denied* by unpublished opinion per Appelwick, J., concurred in by Dwyer and Mann, JJ.

[No. 73908-5-I.   Division One.   October 31, 2016.]

DAVID MANNING ET AL., *Appellants*, v. MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. (MERS), ET AL., *Respondents.*

Appeal from a judgment of the Superior Court for San Juan County, No. 15-2-05006-1, Donald E. Eaton, J., entered July 31, 2015. *Affirmed* by unpublished opinion per Leach, J., concurred in by Becker and Cox, JJ.

[No. 73929-8-I.   Division One.   October 31, 2016.]

THE CITY OF KENT, *Respondent*, v. COREY COBB, *Appellant.*

Appeal from a judgment of the Kent Municipal Court, No. K#100276, Hon. Glenn Phillips, entered March 12, 2015. *Affirmed* by unpublished opinion per Spearman, J., concurred in by Cox and Appelwick, JJ.

[No. 74037-7-I.   Division One.   October 31, 2016.]

THE STATE OF WASHINGTON, *Respondent*, v. NICHOLAS DEON CLOYD, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 13-1-13794-8, Jeffrey M. Ramsdell, J., entered September 1, 2015. *Affirmed* by unpublished opinion per Dwyer, J., concurred in by Becker and Appelwick, JJ.